UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:09-CV-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

    Plaintiff,

v.

STEADFAST INSURANCE COMPANY and CHASE CONSTRUCTORS, INC.,

    Defendants.

AND

CHASE CONTRACTORS, INC.,

    Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.

    Third-Party Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE CAPTION PURSUANT TO FED.R.CIV.PRO. 15.**
( Docket No. 23 )

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion for Leave to Amend the Caption Pursuant to Fed.R.Civ.Pro.15, and the Court being fully advised, hereby

    **GRANTS** said Motion, and

/

**ORDERS** that the Amended Caption attached to Plaintiff's Motion as Exhibit A shall be the Caption used by all parties in this matter.

Dated this 17TH day of November, 2009.    BY THE COURT:

                                                                                  *[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Exhibit A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:09-CV-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

    Plaintiff,

v.

STEADFAST INSURANCE COMPANY and CHASE CONTRACTORS, INC.

    Defendants.

AND

CHASE CONTRACTORS, INC.,

    Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.

    Third-Party Defendant.

---

**PROPOSED AMENDED CAPTION**

---