IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate the Settlement Conference (docket no. 39) is GRANTED finding good cause shown.  The Settlement Conference set before Magistrate Judge Watanabe on March 1, 2010, at 10:00 a.m. is VACATED.

     It is FURTHER ORDERED that the parties shall file a written status report with the court on or before March 1, 2010.  The written status report shall inform this court of the status of settlement following the mediation with Judge Cheryl Post at the Judicial Arbiter Group.

Date:   February 2, 2010