IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Steadfast Insurance Company's Unopposed Motion to Amend the Scheduling Order to Extend the Deadlines for Expert Disclosure and Discovery (docket no. 52) is GRANTED finding good cause shown. The deadline to disclose experts is extended to July 1, 2010. The deadline to disclose rebuttal experts is extended to August 2, 2010. The deadline to complete expert discovery is extended to September 30, 2010.

Date: May 26, 2010