IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant/Third-Party Plaintiff Chase Contractors, Inc.'s Motion to Amend Scheduling Order for Limited Extension of the Discovery Cut Off to Complete Depositions **(Docket No. 49)** and Steadfast Insurance Company's Second Motion to Amend the Scheduling Order for a Limited Extension of the Fact Discovery Cutoff to Take the Deposition of Denise Tiedgen **(Docket No. 58)** are both **GRANTED** finding good cause shown. The non-expert discovery deadline is therefore extended up to and including July 19, 2010, for the limited purpose of deposing Denise Tiedgen, Lane Armstrong, Doug Fisher, Ralph Sandmeyer, and a Willbros 30(b)(6) representative.

Date:   June 16, 2010