IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Steadfast Insurance Company's Motion for Leave to Submit Sur-Reply to Plaintiff's Reply in Support of Motion to Compel Steadfast Insurance Company to Produce Documents Pursuant to Fed. R. Civ. P. 37(A) (docket no. 76) is GRANTED finding no objection by Plaintiff and further finding that in the interest of justice and fairness the court should consider the Sur-Reply.

Date:   July 9, 2010