IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that defendant Steadfast Insurance Company's Motion to Stay Magistrate Judge's Order (Doc. No. 84) **(Docket No. 87)** is **granted**, and thus compliance with this court's Order of July 16, 2010 (Docket No. 84) is stayed pending a ruling by Judge Krieger on the Objection (Docket No. 86) filed with respect to that Order.

Date: August 6, 2010