IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Third-Party Defendant Willbros' Motion for Reconsideration (docket no. 158) is GRANTED.  This court's Minute Order (docket no. 156) is VACATED.

It is FURTHER ORDERED that Attorney Stuart D. Morse's Motion to Withdraw as Counsel (docket no. 153) is DENIED WITHOUT PREJUDICE.  Attorney Stuart Douglas Morse shall remain as co-counsel for Defendant Chase Contractors, Inc.  Attorney Morse may renew his Motion to Withdraw following ruling on Third-Party Defendant Willbros' Motion for Recovery of Attorney Fees and Costs (docket no. 136).

Date:   February 10, 2011