IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02224-MSK-MJW

STERLING CONSTRUCTION MANAGEMENT, LLC,

Plaintiff,

v.

STEADFAST INSURANCE COMPANY and
CHASE CONTRACTORS, INC.,

Defendants,

AND

CHASE CONTRACTORS, INC.,

Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

Third-Party Defendant.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Chase Contractors, Inc.'s Motion for Leave to File Response to Willbro's Motion for Reconsideration (docket no. 161) is MOOT and therefore DENIED since the court has already ruled on docket nos. 158 and 153 consistent with D.C.COLO.LCivR 7.1 C that states, in pertinent part, "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed." See docket no. 160.

Date:   February 28, 2011