**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Date:  November 22, 2011 | Court Reporter:    Tracy Weir |
| Courtroom Deputy:   Laura Galera | |

Civil Case No. 09-cv-02224-RBJ-MJW

| *Parties* | *Counsel:* |
|---|---|
| STERLING CONSTRUCTION MANAGEMENT, LLC, | Peter Dusbabek
Todd Vriesman |
| Plaintiff, | |
| v. | |
| STEADFAST INSURANCE COMPANY and CHASE CONTRACTORS, INC., | Jane Young
Joshua R. Proctor
Marc Levy |
| Defendants. | Matthew Dillman |

AND

CHASE CONTRACTORS, INC.,

    Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

    Third-Party Defendant

**COURTROOM MINUTES**

**FINAL PRETRIAL CONFERENCE**

**3:59 p.m.     Court in Session.**

Opening remarks by the Court.

Argument by Mr. Dusbabek and Ms. Young regarding Steadfast Insurance Company's Motion for Reconsideration Doc. # [184] and Steadfast Insurance Company's Renewed Motion to Bifurcate Liability Claims From Insurance for Trial Doc. #[186].

Discussion regarding bifurcation.

Discussion regarding anticipated length of trial and settlement.

Discussion regarding preservation depositions.

**ORDERED:** Jury Trial set **June 18, 2012 at 9:00 a.m.**

**ORDERED:** Parties shall exchange marked exhibits and file any Motions in Limine by **January 16, 2012.**

**ORDERED:** Trial Preparation Conference is set **June 11, 2012 at 1:30 p.m.**

**ORDERED:** Parties to amend the final Pretrial Order to reflect the modifications made on the record.

**ORDERED:** Steadfast Insurance Company's Motion for Reconsideration Doc. # [184] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Steadfast Insurance Company's Renewed Motion to Bifurcate Liability Claims From Insurance for Trial Doc. #[186] is TAKEN UNDER ADVISEMENT.

**5:02 p.m.** **Court in Recess.**

Hearing concluded.

Total time: 01:03