**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON**

Date:  November 22, 2011                              Court Reporter:     Tracy Weir
Courtroom Deputy:   Laura Galera

Civil Case No. 09-cv-02224-RBJ-MJW

*Parties*                                                                       *Counsel:*

STERLING CONSTRUCTION MANAGEMENT,                    Peter Dusbabek
LLC,                                                                          Todd Vriesman

     Plaintiff,

v.

STEADFAST INSURANCE COMPANY and                      Jane Young
CHASE CONTRACTORS, INC.,                                     Joshua R. Proctor
                                                                                    Marc Levy
     Defendants.                                                     Matthew Dillman

AND

CHASE CONTRACTORS, INC.,

     Third-Party Plaintiff,

v.

WILLBROS ENGINEERS, INC.,

     Third-Party Defendant

**COURTROOM MINUTES**

**FINAL PRETRIAL CONFERENCE**

**3:59 p.m.     Court in Session.**

Opening remarks by the Court.

Argument by Mr. Dusbabek and Ms. Young regarding Steadfast Insurance Company's Motion for Reconsideration Doc. # [184] and Steadfast Insurance Company's Renewed Motion to Bifurcate Liability Claims From Insurance for Trial Doc. #[186].

Discussion regarding bifurcation.

Discussion regarding anticipated length of trial and settlement.

Discussion regarding preservation depositions.

**ORDERED:** Jury Trial set **June 18, 2012 at 9:00 a.m.**

**ORDERED:** Parties shall exchange marked exhibits and file any Motions in Limine by **January 16, 2012.**

**ORDERED:** Trial Preparation Conference is set **June 11, 2012 at 1:30 p.m.**

**ORDERED:** Parties to amend the final Pretrial Order to reflect the modifications made on the record.

**ORDERED:** Steadfast Insurance Company's Motion for Reconsideration Doc. # [184] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Steadfast Insurance Company's Renewed Motion to Bifurcate Liability Claims From Insurance for Trial Doc. #[186] is TAKEN UNDER ADVISEMENT.

**5:02 p.m.**   **Court in Recess.**

Hearing concluded.

Total time:    01:03